

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2016

No. 04-16-00511-CR

Josef Dalen **RAMOS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3918
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is GRANTED IN PART. Appellant's brief is due on **January 10, 2017**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court